IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00508-KDB

| | |
|---|---|
| PATTI LORETTA CLONINGER,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>Defendant. | ORDER |

**THIS MATTER** is before the Court on the Motion for Leave to Appear *Pro Hac Vice* as to Lindsay F. Osterhout (Doc. No. 2) filed by Paul Eaglin on September 14, 2020. Lindsay F. Osterhout seeks to appear as counsel *pro hac vice* for Plaintiff Patti Loretta Cloninger. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will **GRANT** the motion.

**IT IS THEREFORE ORDERED** that in accordance with Local Rule 83.1, the Motion for Leave to Appear *Pro Hac Vice* (Doc. No. 2) is **GRANTED**. Lindsay F. Osterhout is hereby admitted *pro hac vice* to represent Plaintiff Patti Loretta Cloninger.

**SO ORDERED.**

Signed: September 17, 2020

Kenneth D. Bell
United States District Judge