# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00508-KDB

| | |
|---|---|
| **PATTI LORETTA CLONINGER,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **KILOLO KIJAKAZI,** Acting Commissioner of Social Security, | |
| **Defendant.** | |

**THIS MATTER** is before the Court on Plaintiff's Motion for approval of attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of $8,000.00 and for reimbursement of the filing fee in the amount of $400.00, to be paid separately from the Judgment Fund. After consultation, the parties agreed that the amount of $8,000.00 and $400.00 in cost reimbursement to be paid separately from the Judgment Fund, should be paid to Plaintiff in full satisfaction of any and all claims for fees in this case.

**It is ORDERED** that Defendant will pay Plaintiff $8,000.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's attorney in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the EAJA.

Additionally, Plaintiff shall be paid $400.00 in costs, from the Judgment Fund by the U.S. Department of Treasury pursuant to 28 U.S.C. § 2412(a)(1).

**SO ORDERED.**

Signed: November 29, 2021

Kenneth D. Bell
United States District Judge